UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA LEMMONS,<br><br>        Plaintiff,<br><br>    v.<br><br>AVANATH ACTON, LP, et al.,<br><br>        Defendants. | Case No. 24-cv-03879-LJC<br><br>**ORDER SETTING EVIDENTIARY HEARING**<br><br>Re: Dkt. No. 13 |

Before the Court is Plaintiff's Motion for Default Judgment. ECF No. 13. Having reviewed the Motion for Default Judgment and Declaration of Portia Lemmons (ECF No. 14) in support, the Court determines that holding an evidentiary hearing is necessary to evaluate Plaintiff's request for compensatory damages. The Court requires additional information about, but not limited to, the following topics: the frequency that Plaintiff was unable to enter the apartment building; the duration that she waited outside; and the frequency that her care providers were unable to enter her building.

The Court hereby sets a hearing on this matter for December 10, 2024, at 10:30 a.m. Plaintiff must attend the hearing in person and be prepared to testify about the alleged hardship she experienced from not having a working key fob or intercom. The Court recognizes that Plaintiff attested that she has a speech impediment. ECF No. 14 ¶ 20. If this or some other impairment will impede her ability to fully participate in the hearing, the Court directs Plaintiff to file an administrative motion requesting specific support(s) that would allow her to fully participate in the hearing and explain her experiences to the Court, or an alternative procedure, such as

//

//

supplemental declaration. This request must be submitted by November 27, 2024.

**IT IS SO ORDERED.**

Dated: November 21, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge